UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 22-01078-FWS (JDEx) | Date | September 7, 2022 |
|---|---|---|---|
| Title | Sean Ponce et al v. Specialized Loan Servicing, LLC et al | | |

Present: The Honorable   FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The court previously ordered Plaintiffs to file an amended complaint by September 2, 2022.  (Dkt 16.)  The record reflects Plaintiffs have not filed an amended complaint.  (*See generally* Dkt.)  The court hereby **ORDERS** Plaintiffs to show cause in writing on or by **September 28, 2022**, why this action should not be dismissed for lack of prosecution.  Plaintiffs may discharge this order by filing an amended complaint.  Failure to comply with the court's order may result in dismissal.  *See* Fed. R. Civ. P. 41(b*); Link v. Wabash R.R.*, 370 U.S. 626, 629 (1962) (The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 693, 689 (9th Cir. 2005) ([C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances.); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) (It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.).

Initials of Deputy Clerk   mku